UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD JAMES HILL,<br><br>                    Plaintiff,<br><br>  v.<br><br>THOMAS L DICKSON, DICKSON LAW GROUP PS,<br><br>                    Defendants. | CASE NO. 2:24-cv-02141-JNW<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 30th day of December, 2024.

                                                                                    BRIAN A. TSUCHIDA
                                                                                    United States Magistrate Judge