UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD JAMES HILLS,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. DICKSON and DICKSON LAW GROUP PS,<br><br>Defendants. | CASE NO. 2:24-cv-2141-JNW<br><br>ORDER |

On March 12, 2025, the Court dismissed Plaintiff Edward James Hills's complaint without prejudice for lack of subject matter jurisdiction. Dkt. No. 13 at 5. The Court also declined to voluntarily recuse itself and referred Hills's motion to disqualify to Chief Judge David Estudillo for decision. *Id.* On March 18, 2025, Chief Judge Estudillo affirmed the undersigns denial, finding that Hills "presented no arguments or evidence that could reasonably call Judge Whitehead's impartiality into question." Dkt. No. 14 at 3.

On April 4, 2025, Hills filed three related motions. First, Hills requests that, as Chief, Judge Estudillo reverse this Court's order dismissing Hills's complaint. Dkt. No. 17 at 1. Second, Hills moves the Court to "schedule a hearing without oral

**ORDER** - 1

arguments." Dkt. No. 18 at 2. And third, Hills asks for the same relief—Chief Judge Estudillo to reverse this Court's dismissal order—as well as the establishment of an en banc panel on "Judge Whitehead's [e]x parte communication with the defendant to determine how he [k]new the Defendant is domicile[d] in Washington [s]tate." Dkt. No. 19 at 1. Hills is not entitled to any of the relief he seeks.

Hills's complaint has been dismissed without prejudice. Dkt. No. 13. There is no procedural mechanism by which Hills can obtain an order from a different District Court judge after he fails to show good cause for recusal. And Hills is not entitled to a hearing on a complaint that has been dismissed for lack of subject matter jurisdiction. Hills's argument regarding ex parte communication is nonsensical. The Court did not engage in ex parte communication with Defendants. Hills's own allegations show that Defendants are residents of Washington state. *See* Dkt. No. 6 at 2.

Accordingly, the Court DENIES Hills's motions at Dkt. Nos. 17, 18, and 19.

Dated this 21st day of April, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2